UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSHUA D. FENWICK,                                                                           Plaintiff,

v.                                                                     Civil Action No. 3:16-cv-354-DJH-DW

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, et al.,                                                                    Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Joshua D. Fenwick and Defendant Rushmore Loan Management Services, LLC having filed a stipulation of dismissal with prejudice as to Plaintiff's claims against Rushmore Loan Management Services, LLC (Docket No. 96), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. Fenwick's claims against Rushmore Loan Management Services, LLC are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Rushmore Loan Management Services, LLC as a defendant in the record of this matter.

2. All claims having been resolved (*See* D.N. 34; D.N. 47; D.N. 51), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

February 13, 2018

**David J. Hale, Judge**
**United States District Court**